ANDY WILSON
OHIO ATTORNEY GENERAL

Office of the Solicitor General
Office 614-466-8980
Fax 614-466-5087

November 2, 2026

Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: <u>Response to 28(j) notice in *Quinn v. Doe, et al.*, No. 25-3845</u>

Dear Ms. Stephens:

Quinn cites only two authorities that postdate briefing. Neither involves misapplication of the Ohio Department of Rehabilitation and Correction's legal-mail policy.

One is an order in *Shank v. Smith*, No. 2:26-cv-120 (S.D. Ohio) that instructed the Department to treat federal-court mail as legal mail. *See id.* at R.40, PageID#361. There is no indication that the Department was not doing so; the inmate complained in that case that some mailings were delayed, *see id.* at R.32, and that he had not received some pleadings, *see id.* at R.33.

As for the only other case postdating briefing, *Johnson v. Barney*, No. 1:21-cv-141 (S.D. Ohio), the documents that order cited show that the Department *was* treating mail from federal courts as legal mail. *See id.* at R.206, PageID#2452 (Johnson signed for legal mail, including a federal-court order), PageID#2455 (mail log).

Legal-mail logs confirm as much with respect to both Shank and Johnson. *See* Attachments A & B (control numbers on those logs applied by the institutions for processing purposes). That evidence is not in the record of this case because neither Shank nor Johnson sued the Department. At any rate, Quinn cannot seek relief based on others' (non-existent) mail-delivery problems. Ape. Br.53–57.

The other authorities Quinn cites predate the close of briefing. *See* R.76, *Johnson v. Davis*, No. 4:24-cv-1768 (S.D. Ohio Apr. 28, 2026); R.4, *Costlow v. Chambers-Smith*, No. 2:26-cv-290 (S.D. Ohio Apr. 6, 2026); R.26, *French v. Warden*, No. 1:25-cv-288 (S.D. Ohio May 11, 2026). They at most reflect training issues and two, *Costlow* and *French*, involved the same issue and same institution.

The authorities Quinn cites do not undermine the Department's penological interests or render its legal-mail policy arbitrary. The portion of the briefing that Quinn cites for purposes of Rule 28(j) addresses mootness, not the merits. Letter (citing Reply 6–7). And, on the merits, Quinn conceded below that the Department's legal-mail policy *is* related to legitimate penological objectives. *See* R.46, Quinn Opp'n to MSJ, PageID#366. He conceded, in other words, that it was not "arbitrary or irrational." *Turner v. Safley*, 482 U.S. 78, 89–90 (1987).[*]

D. ANDREW WILSON
Ohio Attorney General

/s/ *Mathura J. Sridharan*
MATHURA J. SRIDHARAN*
Ohio Solicitor General
*Counsel of Record*
SAMUEL C. PETERSON
Senior Deputy Solicitor General
MARCY A. VONDERWELL
JENNIFER A. DRISCOLL
Assistant Attorneys General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Appellees*
*John/Jane Doe, et al.*

[*] This notice complies with Federal Rule of Appellate Procedure 28(j), as the body contains 348 words.

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

*/s/ Mathura J. Sridharan*
Mathura J. Sridharan
Ohio Solicitor General

# ATTACHMENT A

# Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jun 15, 2026 | Jun 10, 2026 | 061526a994 | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist. | Shank | 6-16-26 |
| [redacted] | | | | | | | | |

# Legal Mail Log

Institution:

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jun 22, 2026 | Jun 17, 2026 | 061726vlye | shank | A-633762 | 3b118 | Ohio Attorney General's Office | Shank | 6-23-26 |
| [redacted] | | | | | | | | |

DRC-2632 E (08/2025)

Policy:

Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jun 26, 2026 | Jun 24, 2026 | 062626w9i0 | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 6-29-26 |
| Jun 26, 2026 | Jun 18, 2026 | 062626iwld | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 6-29-26 |
| [redacted] | | | | | | | | |

Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jul 7, 2026 | Jun 26, 2026 | 070726ddl6 | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 7-8-26 |
| [redacted] | | | | | | | | |

## Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Jul 9, 2026 | Jul 7, 2026 | 070926adi3 | shank | A-633762 | 3b118 | office of the clerk us court s. dist. | Shank | 7-10-26 |
| Jul 9, 2026 | Jul 1, 2026 | 070926dn73 | shank | A-633762 | 3b118 | office of the clerk us court s. dist. | Shank | 7-10-26 |
| [redacted] | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jul 13, 2026 | Jul 9, 2026 | 0713262422 | shank | A-633762 | 3b118 | [redacted] court s. dist. | Shank | 7-14-26 |
| Jul 13, 2026 | Jul 9, 2026 | 07132610ad | shank | A-633762 | 3b118 | office of the clerk us court s. dist. | Shank | 7-14-26 |
| [redacted] | | | | | | | | |

Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jul 22, 2026 | Jul 17, 2026 | 0722268dwa | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 7-23-26 |
| Jul 22, 2026 | Jul 20, 2026 | 071726lgyg | shank | A-633762 | 3b118 | Ohio Attorney General's Office | Shank | 7-23-26 |
| [redacted] | | | | | | | | |
| | | | | | | | | |

## Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jul 23, 2026 | Jul 16, 2026 | 072326ii05 | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 7-24-26 |
| Jul 23, 2026 | Jul 21, 2026 | 0723268n35 | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 7-24-26 |
| [redacted] | | | | | | | | |

Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jul 30, 2026 | Jul 28, 2026 | 0730261in6 | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 7-31-26 |
| [redacted] | | | | | | | | |

# Legal Mail Log

Institution:
Belmont Correctional Institution

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] dist court s. dist | Shank | 84-26 |
| Aug 3, 2026 | Jul 28, 2026 | 08032624nw | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | Shank | 8-4-26 |
| [redacted] | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Institution | Envelope | Number | Name | Number | Assignment | Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Aug 24, 2026 | Aug 19, 2026 | 0824267l1d | shank | A-633762 | 3b118 | office of the clerk us dist court s. dist | [signature] | 8-25-26 |
| [redacted] | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

# ATTACHMENT B

## Legal Mail Log

Institution:
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. | |
|---|---|---|---|---|---|---|---|---|---|
| Jan 6, 2026 | Jan 6, 2026 | jdd | | | | | | | |
| [redacted] | | | | | | | | | |
| Jan 2, 2026 | Dec 30, 2025 | NC010526U78N | JOHNSON | A-515853 | J4-30 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | Refused | | X |
| Jan 5, 2026 | Dec 31, 2025 | NC010526T60D | JOHNSON | A-515853 | J4-30 | US DIST CRT APEAL 100 E FIFTH RM 540 CINCY OH 45202 | 9:24 A | | X |
| | | | | | | | | | |
| [redacted] | | | | | | | | | |

| Institution | Envelope | Number | Name | Number | Assignment | Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Jan 14, 2026 | Jan 14, 2026 | jdd | | | | | | |
| | | | | | | | | |
| Jan 13, 2026 | Jan 7, 2026 | 010726HLTG | JOHNSON | A-515853 | ~~J3-56~~ J2 47 | OHDSABLTYRIGHTS<br>200 CIVIC CTR DR<br>CO, OH 43215 | | |
| | | | HELD PER I/M REQUEST | | | | | |
| Jan 8, 2026 | Jan 5, 2026 | 010526DDWR | JOHNSON | A-515853 | ~~J3-56~~ J2 47 | OH AG D. YOST<br>30 E BROAD 23rd FL<br>CO, OH 43215 | | |
| | | | HELD PER I/M REQUEST | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Jan 2, 2026 | Dec 30, 2025 | NC010526U78N | *JOHNSON | A-515853 | ~~J3-56~~ J2 47 | US DIST CRT SOUTH<br>100 E FIFTH RM 103<br>CINCY OH 45202 | | 1-5-26 |
| Jan 5, 2026 | Dec 31, 2025 | NC010526T60D | *JOHNSON | A-515853 | ~~J3-56~~ J2 47 | US DIST CRT SOUTH<br>100 E FIFTH RM 540<br>CINCY OH 45202 | | |
| | | | HELD PER I/M REQUEST | | | | | |
| | | | | | | | | |

| Institution | Envelope | Number | Name | Number | Assignment | Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Jan 20, 2026 | Jan 20, 2026 | jdd | | | | | | |
| | | | | | | | | |
| Jan 16, 2026 | Jan 14, 2026 | 011426ALYD | JOHNSON | A-515853 | J2-~~47~~ 69 | OH AG D. YOST<br>30 E BROAD 23rd FL<br>CO, OH 43215 | [illegible] | 1/20/26 |
| | | | | | | | | |
| | | | | | | | | |

# Legal Mail Log

Institution:
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Feb 19, 2026 | Feb 19, 2026 | jdd | | | | | | |
| Feb 17, 2026 | Feb 12, 2026 | NC021926T9O7 | JOHNSON | A-515853 | J3-45 | US DIST CRT SOUTH<br>100 E FIFTH RM 103<br>CINCY OH 45202 | | 2-19-26 |
| | | | | | | | | |
| [redacted] | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)

Policy:

## Legal Mail Log

Institution:
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Mar 12, 2026 | Mar 12, 2026 | jdd | | | | | | |
| Mar 9, 2026 | Mar 5, 2026 | NC031126LD08 | JOHNSON | A-515853 | K1-44 | US DIST CRT SOUTH<br>100 E FIFTH RM 103<br>CINCY OH 45202 | X | 3/12/26 |
| | | | | | | | | |
| [redacted] | | | | | | | | |
| | | | | | | | | |

X

## Legal Mail Log

Institution:
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Apr 16, 2026 | Apr 16, 2026 | jdd | | | | | | |
| | | | | | | | | |
| [redacted] | | | | | | | | |
| Apr 13, 2026 | Apr 9, 2026 | 040926MYLG | JOHNSON | A-515853 | J3-60 | OH AG D. Yost<br>30 E Broad St 23rd FL<br>CO, OH 43215 | | 4/16/26 |
| | | | | | | | | |
| [redacted] | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

☐ **Mark the form as confidential**

# INCIDENT REPORT

| | | |
|---|---|---|
| Report Date (will be set when report is signed): 1/6/2026 | | |
| Work Location: Southern Ohio Correctional Facility | | Location of Incident: [redacted] |
| Name of Reporting Staff: John D Daulton | Title: Shopkeeper 2 | INCIDENT DATE: Jan 6, 2026 |
| Involves: I/M [redacted] Legal mail | | INCIDENT TIME: [redacted] |

**Check Item Indication Subject Of This Report:**

☐ Employee Action ☐ Facility Maintenance ☐ Medical ☐ Recommendations
☒ Inmate/Offender Affairs ☐ Security ☐ Victim Issue ☐ Crisis Intervention Team (CIT)
☐ Use of Force ☐ Workplace Violence ☐ Equipment Issue ☐ Other: ______

**Description of Incident:**

Sir: At the above date and time I, Shopkeeper 2 John Daulton, was the in Unit [redacted] office waiting on I/M's to show up for their legal mail when I was informed by Sgt. Taylor that I/M [redacted] had refused his legal mail.

| Signature of Reporting Staff Member: | Date: |
|---|---|
| John D Daulton | 1/6/2026 |

**Action Taken:**

| Signature of Managing Officer: | Date: |
|---|---|
| | |

Distribution: **ALL COPIES TO MANAGING OFFICER** who will check appropriate distribution list below and distribute the copies.

☐ Operations ☐ Administration ☐ Special Services ☐ Department Head ______
☐ Investigator ☐ EEO ☐ Personnel Officer ☐ Administrative Assistant
☐ Record Officer ☐ Medical ☐ Health & Safety ☐ Office of Victim Services